■ In the Matter of Manor Lane Gardens, Inc., Appellant, v. Edward Munson, as Building Inspector of the Town of Riverhead, et al., Respondents. — Appeal, as limited by appellant's brief, from so much of an order of the Supreme Court, Suffolk County, entered February 8, 1974, as, upon reargument, adhered to the original decision dismissing the petition. Order affirmed insofar as appealed from, without costs. No opinion. Appeal from judgment of the same court, dated November 12, 1973, dismissed as academic, without costs. The judgment was superseded by the above-mentioned order entered upon reargument. Hopkins, Acting P. J., Latham, Christ, Benjamin and Munder, JJ., concur.

■ The People of the State of New York, Respondent, v. John Di Brienza and Anthony Scarpati, Appellants.— Two judgments (one as to each defendant) of the Supreme Court, Kings County, both rendered July 25, 1974, affirmed. No opinion. The case is remitted to the Supreme Court, Kings County, for proceedings to direct appellants to surrender themselves to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Martuscello, Acting P. J., Cohalan, Christ, Brennan and Benjamin, JJ., concur.